UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>v.<br><br>JAMES GRAVELY,<br><br>                                        Defendant. | Case No.:  11cr04601 JAH<br><br>**ORDER DENYING MOTION FOR EARLY TERMINATIN OF SUPERVISED RELEASE**<br>**[Doc. No. 70]** |

IT IS HEREBY ORDERED Mr. Gravely's motion for early termination of supervised release is **DENIED without prejudice**.

DATED:    August 9, 2018

_____
JOHN A. HOUSTON
United States District Judge

1

11cr04601 JAH